RECEIVED

MAY 17 2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCOTT LIEBERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 11-cv-02197-LB<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

623561_1

Stuart A. Davidson, whose business address and telephone number is Robbins Geller Rudman & Dowd LLP, 120 East Palmetto Park Road, Suite 500, Boca Raton, FL 33432, Telephone: 561/750-3000, and who is an active member in good standing of the bar of the United States Supreme Court, Third Circuit Court of Appeals, Eighth Circuit Court of Appeals, Tenth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, United States District Court for the Southern District of Florida, Northern District of Florida, Middle District of Florida, Northern District of Indiana, Southern District of Indiana, and Northern District of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Scott Lieberman;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: May 20, 2011



THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

623561_1

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - 11-cv-02197-LB

- 1 -