*E-Filed 5/27/11*

1   THAD A. DAVIS (SBN 220503)
    thad.davis@ropesgray.com
2   ROCKY C. TSAI (SBN 221452)
    rocky.tsai@ropesgray.com
3   ROPES & GRAY LLP
    Three Embarcadero Center, Ste 300
4   San Francisco, California  94111-4006
    Tel:   (415) 315- 6300
5   Fax:   (415) 315-6350

6   HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
    harvey.wolkoff@ropesgray.com
7   MARK P. SZPAK
    mark.szpak@ropesgray.com
8   LARA A. ORAVEC
    lara.oravec@ropesgray.com
9   ROPES & GRAY LLP
    Prudential Tower, 800 Boylston Street
10  Boston, MA  02199-3600
    Tel:   (617) 951-7606
11  Fax:   (617) 235-0215

12  Attorneys for Defendants

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  SCOTT LIEBERMAN, Individually and on Behalf of All Others Similarly Situated, | Case No.   4:11-cv-02197-RS |
| 19                           Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** |
| 20  v. | |
| 21 | |
| 22  SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, | Judge:  Hon. Richard Seeborg |
| 23 | |
| 24                           Defendants. | |

25

26      WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and

27  Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities

28

1   (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25)
2   putative class action lawsuits within this District, to date;
3       WHEREAS, certain of the Sony Defendants have also been named as defendants in at
4   least nineteen (19) putative class action lawsuits pending outside this District, to date;
5       WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
6   Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
7   to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
8   2011.
9       WHEREAS, the current deadline for SCEA and SNEI to respond to the Complaint is
10  July 12, 2011;
11      WHEREAS, the parties have agreed to the extension of time herein for the defendants in
12  the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
13  facilitate the scheduling of this matter in coordination with the schedule for the motion before the
14  JPML;
15      NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
16  by and through their respective counsel, hereby stipulate as follows:
17      The deadline for the defendants to respond to the Complaint in the above-captioned action
18  is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
19  litigation centralizing the above-captioned action with other matters, or if centralization is denied
20  by the JPML, then 30 days from the date of such order denying centralization.
21  ///
22
23
24
25
26
27
28

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 27, 2011

SHAWN A. WILLIAMS
PAUL J. GELLER
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK J. DEARMAN
ROBBINS GELLER RUDMAN & DOWD LLP

By:   /s/ Shawn A. Williams /s/ [as authorized]
      Shawn A. Williams
      Attorneys for Plaintiff
      SCOTT LIEBERMAN

Dated: May 27, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:   /s/ Rocky C. Tsai /s/
      Rocky C. Tsai

      /s/ Harvey J. Wolkoff /s/
      Harvey J. Wolkoff (Subject to admission *pro hac vice*)

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/27/11

By: _____
U. S. District Court Judge